UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT TYRONE WILLIAMS (#297556)        CIVIL ACTION

VERSUS

RICHARD L. STALDER, ET AL.              NO. 07-0963-FJP-CN

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the motion for partial summary judgment[1] shall be granted, dismissing the plaintiff's claims against defendants Richard Stalder, Burl Cain, Dr. Huffman and Dr. Sylvester, and dismissing the plaintiff's claim of an alleged denial of medication for failure to exhaust administrative remedies as mandated by 42 U.S.C. § 1997e.

IT IS FURTHER ORDERED that the motion to dismiss of the remaining defendants[2] shall be granted, dismissing the plaintiff's claims, with prejudice, and that this action be dismissed.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, January 15, 2009.

*[signature]*
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 41.

[2] Rec. Doc. No. 40.

Doc#45734